1 **DEBRA A. DiIORIO**
DiIorio & Hall, APC.
2 California Bar No. 138018
964 Fifth Avenue, Suite 214
3 San Diego, California 92101
Telephone: (619) 544-1451
4 Facsimile: (619) 544-1473

5 Attorneys for Defendant **Cunningham**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-CR-0286-BTM |
| Plaintiff, ) | Date: September 4, 2007 |
| v. ) | Time: 2:00 p.m. |
| **MARTIN CUNNINGHAM,** ) | **DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS TO:** |
| Defendant ) | **1) COMPEL DISCOVERY; AND** |
| ) | **2) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, and
RANDY K. JONES, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Friday, March 7, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Martin Cunningham, by and through his counsel, Debra Ann DiIorio and the Law Offices of DiIorio & Hall, APC, will move this Court to 1) compel discovery; and 2) grant leave to file further motions.

//
//
//
//
//
//
//

**MOTIONS**

The defendant, Martin Cunningham, by and through his counsel, Debra Ann DiIorio and the Law Offices of DiIorio & Hall, APC, pursuant to Fed. R. Crim. P. 12, 14, 16 and 26.2; Title 18, United States Code Sections 3500-01 and 3504, and the Fifth and Sixth Amendments to the United States Constitution, hereby moves this Court to 1) compel discovery; 2) and grant leave to file further motions.

These motions are based upon the instant motions, the notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated: February 22, 2008

/s/Debra A. DiIorio
**DEBRA A. DiIORIO**
DiIORIO & HALL, APC
Attorney for Defendant **Cunningham**