UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **08-CR-0286-BTM** |
| Plaintiff, | ) | |
| v. | ) | |
| **MARTIN CUNNINGHAM,** | ) | |
| Defendant, | ) | PROOF OF SERVICE |
| | ) | |

I, the undersigned, say:

    1. I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

    2. My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

    3. I served the within **MOTION TO COMPEL DISCOVERY, AND FOR LEAVE TO FILE FURTHER MOTIONS** on opposing counsel by e-filing through the CM/ECF system;

    4. A copy was also served on the defendant.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2008, at San Diego, California.

                                          /s/ Debra A. DiIorio
                                          Debra A. DiIorio