1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  **DiIORIO & HALL, APC**
   964 Fifth Avenue, Suite 214
3  San Diego, California  92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant Cunningham (Martin)

6

7                **UNITED STATES DISTRICT COURT**

                 **SOUTHERN DISTRICT OF CALIFORNIA**
8
                 **(HONORABLE LOUISA S. PORTER)**
9
   UNITED STATES OF AMERICA,     )    Criminal Case No. 08-CR-0286-BTM
10                               )
                 Plaintiff,      )
11                               )
         v.                      )
12                               )    **JOINT MOTION TO CONTINUE**
   **MARTIN CUNNINGHAM**         )    **MODIFY BOND CONDITIONS**
13               Defendant.      )
                                 )
14 ─────────────────────────────

15

16       IT IS HEREBY REQUESTED by the parties in the case, defendant Martin

17 Cunningham, by and through his counsel, DEBRA A. DiIORIO, and the United States

18 Attorney's Office, by and through Assistant United States Attorney RANDY JONES, that the

19 bond conditions in the above-entitled case be modified by deleting the curfew condition in

20 order to allow Mr. Cunningham to work during the evening hours. Pretrial Services has been

21 contacted and has authorized the parties to represent that Mr. Cunningham is in full

22 compliance with all conditions of his bond; further, he has been granted temporary

23 permission by his pretrial services officer to work during the hours of curfew without

24 incident for the past two weeks.  Both sureties, Juan Sandoval and Ambar Jinesta, have

25 consented in writing to the proposed modification. A proposed order with respect to this joint

26 motion is being submitted directly to the court.

27 //

28 //
   //

1

2

3

4

5    Date:  April 22, 2008            s/ Randy Jones
6                                     **RANDY JONES**
                                      Assistant United States Attorney
7
     Date: April 22, 2008            s/. Debra A. DiIorio
8                                     **DEBRA A. DiIORIO**
                                      **DiIorio & Hall, APC**
9                                     Attorneys for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEBRA A. DiIORIO**
California Bar No. 138018
**DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorneys for Defendant Cunningham (Martin)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE LOUISA S. PORTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0286-BTM |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| **MARTIN CUNNINGHAM**, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, DEBRA A. DiIORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Modify Bond Conditions on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Judge Louisa S. Porter    efile Porter@casd.us.courts.gov

Assistant United States Attorney    Randy. Jones@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2008.

/s/   Debra A. DiIorio
DEBRA A. DiIORIO

3