4/18/08

I Juan Sandoval and Ambar Jinesta have No objection of having the Condition of Martin Solano Cunningham Curfew Being Deleted.

Thank you

X _____ 4-18-08

Ambar Jinesta  X_____ 4/18/08