# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMAR JINESTA (01), ) <br> MARTIN CUNNINGHAM (02), ) <br> JENNIFER JINESTA (03), ) <br> BENJAMIN CUNNINGHAM (04). ) <br> ) <br> Defendants. ) <br> ) | Criminal Case No. 08-cr-0286-BTM <br><br> **ORDER** |

**IT IS HEREBY ORDERED,** based upon the joint motion of the parties, that the motion hearing previously scheduled for May 2, 2008, at 1:30 p.m., be continued until June 6, 2008, at 2:00 p.m. The court finds that the time between May 2, 2008, and June 6, 2008, is excluded under the Speedy Trial Act.

SO ORDERED.

DATED: April 25, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge

08cr0286