PS8a                                                                                                               April 24, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

**Report on Defendant Under Supervision**

FILED
2008 APR 30 PM 12: 43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ KW _____DEPUTY

**Name of Defendant:** Cunningham, Martin (English)                    **Dkt No.:** 08CR0286BTM-002

**Name of Judicial Officer:** The Honorable Barry Ted Moskowitz, U.S. District Judge

**Date Conditions Were Ordered:** January 10, 2008

**Conditions of Release:**
Restrict travel to Southern District of California; Restrict travel to Central District of California; Do not enter Mexico; Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; Not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; Not possess any firearm or other dangerous weapon or explosive device; Read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; Remain at a specific residence (curfew) between the hours of 7 p.m. and 7 a.m. daily. (without approval of PTS); Actively seek and maintain full-time employment, schooling, or combination both; Execute a personal appearance bond in the amount of $40,000 (Secured by: co-signed by two financially responsible adults financially responsible adults.)

**Date Released on Bond:** January 23, 2008

**Charged Offense:** Title 18, U.S.C., Sec. 922(g)(1) and 924(a)(2) - Felon in Possession of Firearms

**Next Court Hearing:** May 2, 2008 at 1:30 p.m. before your Honor for Motion Hearing/Trial Setting.

| | |
|---|---|
| **Asst. U.S. Atty.:** Randy K. Jones<br>(619) 557-5684 | **Defense Counsel**: Debra Ann DiIorio<br>(appointed)(619) 544-1451 |

**Prior Violation History:** None.

**NONCOMPLIANCE SUMMARY**

The undersigned received a telephone call from the defendant on April 22, 2008, advising he was arrested by the Chula Vista Police Department. According to computerized record checks the defendant was arrested by the Chula Vista Police Department and charged with 10851(A) VC - Take Vehicle Without Owners Consent/Vehicle Theft. The undersigned contacted the Chula Vista Police Department and requested a copy of the arrest report. We were notified a copy of the arrest report is not available at this time. According to the arresting officer, the case remains under investigation. Our office will know more about the circumstances of the arrest when the incident report is available.



**Name of Defendant:** Cunningham, Martin  April 24, 2008
**Docket No.:** 08CR0286BTM-002  Page 2

## U.S. Pretrial Services Officer Recommendation:

Aside from this arrest on April 22, 2008, the defendant was in compliance with this conditions of release. To his credit, Mr. Cunningham contacted our office to report his arrest and subsequent release on bond. As we do not have more information to report to the Court we are not asking for any action at this time. We will continue to monitor the pending case and advise the Court of any new information.

Respectfully submitted:
by _/s/ Otilia Leon_
Otilia Leon
United States Pretrial Services Officer
(619) 557-5256

Reviewed and approved:
_/s/ Deon M Keolau_

Supervising U.S. Pretrial Services Officer

## THE COURT ORDERS:

____ TAKE NO ACTION

✓ Other _Advise the Court of any further information concerning the arrest & any prosecution -_

_/s/ Barry Ted Moskowitz_   4-26-08
The Honorable Barry Ted Moskowitz   Date
U.S. District Judge