FILED

08 MAY -1 AM 9:38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-cr-0286-BTM |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| MARTIN CUNNINGHAM, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED,** based upon the joint motion of the parties, that the bond conditions in the above-entitled case be modified so as to delete the curfew condition. All other terms and conditions of the bond will remain in full force and effect.

DATED 4/29/08

HON. LOUISA S. PORTER
U.S. MAGISTRATE JUDGE