**DEBRA A. DiIORIO**
California Bar No. 138018
DiIORIO & HALL, APC
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorneys for Defendant **Cunningham**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-286-BTM |
| Plaintiff, ) | |
| v. ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| **MARTIN CUNNINGHAM,** ) | |
| Defendant. ) | |

I, MARTIN CUNNINGHAM, hereby acknowledge that my next court date to appear before the Honorable Barry T. Moskowitz is June 6, 2008, at 2:00 p.m. for a motion hearing.

I further acknowledge and agree that the time between May 2, 2008 and June 6, 2008 is excludable under the Speedy Trial Act.

Dated: 5-2-08

MARTIN CUNNINGHAM

1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  DiIORIO & HALL, APC
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant **Cunningham**

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    (HON. BARRY T. MOSKOWITZ)

11 UNITED STATES OF AMERICA,    )   Criminal Case No. 08-CR-286-BTM
                                )
12         Plaintiff,            )
                                )
13         v.                    )
                                )   **ACKNOWLEDGMENT OF**
14 **MARTIN CUNNINGHAM,**        )   **NEXT COURT DATE**
                                )
15         Defendant.            )
                                )
16 _____)

17

18     I, MARTIN CUNNINGHAM, hereby acknowledge that my next court date to appear before the Honorable Barry T. Moskowitz is June 6, 2008, at 2:00 p.m. for a motion hearing.

20     I further acknowledge and agree that the time between May 2, 2008 and June 6, 2008 is excludable under the Speedy Trial Act.

23  Dated: 5-2-08

                                    MARTIN CUNNINGHAM