**LEWIS C. MULLER/Bar No. 77525**
**Attorney at Law**
**9625 Mission Gorge Road, Suite B2, PMB 357**
**Santee, CA 92071**
**Tel: (619) 504-1539**
**Fax: (619) 449-9635**
**E-Mail: lewmuller@cox.net**

Attorney for Defendant
Omar Jinesta (1)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0286-BTM |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **MOTIONS HEARING** |
| v. | ) | |
| | ) | |
| OMAR JINESTA (1), et al, | ) | Date:  June 6, 2008 |
| | ) | Time:  2:00 p.m. |
| Defendants. | ) | |

The plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Randy K. Jones, Assistant United States Attorney, and defendant, Omar Jinesta (1), through his counsel, Lewis C. Muller, hereby jointly move this court to continue the motions hearing scheduled for June 6, 2008 at 2:00 p.m. to August 22, 2008 at 2:00 p.m.  All counsel have agreed with this request, and have authorized counsel for Omar Jinesta (1) to act on their behalf.

/ / / /

Additional time is needed by the parties to continue settlement discussions.

Dated: *June 4, 2008*                                          Respectfully submitted,

*s/Lewis C. Muller*
LEWIS C. MULLER
Attorney for Defendant
Omar Jinesta (01)

*s/Debra DiIorio*
DEBRA DiIORIO
Attorney for Defendant
Martin Cunningham (2)

*s/Casey J. Donovan, Jr.*
CASEY J. DONOVAN, Jr.
Attorney for Defendant
Jennifer Jinesta (3)

*s/Michael J. Messina*
MICHAEL J. MESSINA
Attorney for Defendant
Benjamin Manuel Cunningham (4)

*s/Randy K. Jones*
RANDY K. JONES
Assistant United States Attorney