1

**UNITED STATES DISTRICT COURT**

2

**SOUTHERN DISTRICT OF CALIFORNIA**

3
_____

4
UNITED STATES OF AMERICA,            )       Criminal No. 08CR0286-BTM
                                     )
5
                  Plaintiff,         )       **CERTIFICATE OF SERVICE**
                                     )
6
          v.                         )
                                     )
7
OMAR JINESTA (1),                    )
                                     )
8
                  Defendant.         )
                                     )
9
_____)

10
    **IT IS HEREBY CERTIFIED THAT:**

11
    **I, LEWIS C. MULLER**, declare I am a citizen of the United States and at least

12
eighteen years of age.  My business mailing address is 9625 Mission Gorge Road, Suite B-2,

13
PMB 357, Santee, California 92071.

14
    I have caused service of **JOINT MOTION TO CONTINUE MOTIONS HEARING.**

15
The following recipients are currently on the list to receive e-mail notices for this case and have

16
thus been served electronically at the following e-mail addresses:

17
Debra Ann DiIorio          debra_diioriohall@yahoo.com

18

19
Casey J. Donovan, Jr.      donovan2donvan@hotmail.com

20
Michael j. Messina         wm4law@yahoo.com

21
Randy K. Jones     randy.jones@usdoj.gov

22
    I declare under penalty of perjury that the foregoing is true and correct.

23
Executed on: *June 4, 2007*

24
                                     *S/Lewis C. Muller*
                                     LEWIS C. MULLER, Attorney for
25
                                     Defendant Omar Jinesta (1)

-1-