**DEBRA A. DiIORIO**
California Bar No. 138018
DiIORIO & HALL, APC
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorneys for Defendant **Cunningham**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**MARTIN CUNNINGHAM,**<br>Defendant. | Criminal Case No. 08-CR-286-BTM<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

I, MARTIN CUNNINGHAM, hereby acknowledge that my next court date to appear before the Honorable Barry T. Moskowitz is August 22, 2008, at 2:00 p.m. for a motion hearing.

I further acknowledge and agree that the time between June 6, 2008, and August 22, 2008, is excludable under the Speedy Trial Act.

Dated: 6-6-08

MARTIN CUNNINGHAM