DEBRA A. DiIORIO
California Bar No. 138018
DiIORIO & HALL, APC
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorneys for Defendant **Cunningham**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-CR-286-BTM |
| Plaintiff, | |
| v. | ACKNOWLEDGMENT OF NEXT COURT DATE |
| MARTIN CUNNINGHAM, | |
| Defendant. | |

I, MARTIN CUNNINGHAM, hereby acknowledge that my next court date to appear before the Honorable Barry T. Moskowitz is October 24, 2008, at 2:00 p.m. for a motion hearing.

I further acknowledge and agree that the time between August 22, 2008, to October 24, 2008, is excludable under the Speedy Trial Act.

Dated: 8-22-08

MARTIN CUNNINGHAM