# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MARTIN CUNNINGHAM**, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 08-cr-0286-BTM <br><br> **ORDER** |

**IT IS HEREBY ORDERED,** based upon the joint motion of the parties, that the sentencing hearing previously scheduled for July 31, 2009, at 9:00 a.m., be continued until September 18, 2009, at 9:00 a.m. The defendant is ordered to file an acknowledgment of next court date.

DATED: May 28, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge