# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-cr-0286-BTM |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| **MARTIN CUNNINGHAM**, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED,** based upon the joint motion of the parties, that the sentencing hearing previously scheduled for January 15, 2010 at 11:00 a.m., be continued until February 12, 2010, at 10:00 a.m. The defendant is ordered to file an acknowledgment of next court date.

DATED: January 13, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge